No. 916. CHICAGO, ROCK ISLAND & GULF RAILWAY Co. ET AL. *v.* TARRANT COUNTY WATER CONTROL & IMPROVEMENT DISTRICT NUMBER ONE. June 3, 1935. Petition for writ of certiorari to the Court of Civil Appeals, 2nd Supreme Judicial District, of Texas, denied. *Messrs. M. L. Bell, Thomas P. Littlepage, Robert Harrison,* and *W. F. Peter* for petitioners. *Mr. Mark McGee* for respondent.

No. 924. EARWOOD *v.* UNITED STATES. June 3, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Messrs. Thomas Howell Scott* and *Wm. T. Townsend* for petitioner. *Solicitor General Reed* and *Messrs. Will G. Beardslee, Randolph C. Shaw,* and *W. Marvin Smith* for the United States.

No. 925. COLLINS *v.* WELSH. June 3, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Harry H. Semmes* for petitioner. *Mr. Walter E. Hettman* for respondent.

No. 928. DEERING ET AL. *v.* STITES ET AL. June 3, 1935. Petition for writ of certiorari to the Court of Appeals of Kentucky denied. *Mr. Greenberry Simmons* for petitioners. *Messrs. Edward P. Humphrey* and *Allen P. Dodd* for respondents.

No. 930. INDIANS OF CALIFORNIA *v.* UNITED STATES. June 3, 1935. Petition for writ of certiorari to the Court of Claims denied. *Mr. A. K. Shipe* for petitioners. *So-*